# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIXING LIU,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 17-7041 SRC)<br><br>**MEMORANDUM AND ORDER** |

This matter has been opened to the Court by Respondent's letter request for an extension of time within which to respond to Petitioner's motion request for his legal materials, to extend the protective order issued in his criminal case, and for equitable tolling. The Court has considered the request and finds that there is good cause to grant the extension of time.

**IT IS, THEREFORE**, on this ___ day of April, 2018,

**ORDERED** Respondent's request for an extension of time is **GRANTED**; Respondent shall submit a response to Petitioner's motion by May 21, 2018; and it is further

**ORDERED** that Petitioner may submit a reply within 30 days of his receipt of the government's response; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Memorandum and Order to Petitioner at the address on file.

STANLEY R. CHESLER
United States District Judge

1